```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**ROBERT E. FREEMAN**                                                                 **PLAINTIFF**

        v.                  Civil No. 07-2111

**BEKAERT CORPORATION and**
**BEKAERT CORPORATION SHORT TERM**
**DISABILITY PLAN**                                                                   **DEFENDANTS**

### O R D E R

Now on this 16th day of April, 2008, comes on for consideration plaintiff's **Voluntary Motion To Dismiss** (document #11), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**